WILLIAM SCHRADIN, as Administrator of the Estate of HERMANN SCHRADIN, Deceased, Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant

(Submitted January 4, 1909; decided January 29, 1909.)

MOTION to amend remittitur.    (See 194 N. Y. 534.)

Motion granted and remittitur amended so as to read as follows: Judgment affirmed, with costs; the court holding the statute of the state of New York on which defendant's liability is predicated is in conflict neither with any provision of the Constitution of this state nor with any provision of the Constitution of the United States; that the classification as made in that statute is a reasonable one and that the statute is, therefore, valid and effectual.

---

WILLIAM SWEETING, Respondent, *v.* NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant, Impleaded with Another,

*Sweeting* v. *City of Rochester*, 127 App. Div. 880, affirmed.
(Argued January 18, 1909; decided February 9, 1909.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 24, 1908, which affirmed an interlocutory judgment of Special Term overruling a demurrer to the complaint in an action to recover damages to plaintiff's premises alleged to have been caused by lowering the grade of a street.

The following question was certified: "Does the complaint in this action state facts sufficient to constitute a cause of action against the appellant?"

*Edwin A. Nash* for appellant.

*Eugene Van Voorhis* for respondent.

Order affirmed, with costs, and question certified answered in the affirmative; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, HISCOCK and CHASE, JJ.